```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-44008 RLE** |
| **KENDRA RENEE THOMPSON,** | **Chapter 13** |
| Debtor. _____/ | **NOTICE OF CHANGE OF DEBTOR'S ADDRESS** |

**PLEASE TAKE NOTICE** that the above named debtor's mailing address has changed as follows:

4401 Bermar Avenue

El Sobrante, CA 94803

Dated: August 23, 2012

                                              /s/ Anne Y. Shiau
                                              ANNE Y. SHIAU
                                              Attorney for Debtor

Case: 10-44008    Doc# 17    Filed: 08/23/12    Entered: 08/23/12 12:18:23    Page 1 of 1