PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed October 16, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-44008 RLE |
| **KENDRA RENEE THOMPSON,** | Chapter 13 |
| Debtor. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served a Motion to Modify Chapter 13 Plan on September 20, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Commencing October 2013, debtor will pay $325.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

'No physical service required'